UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FICKES,   Case No. 1:23-CV-607

    Plaintiff,   HON. ROBERT J. JONKER

v.

MEIJER GROUP, INC.,

    Defendant.
_____/

| | |
|---|---|
| Scott P. Batey (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>(248) 540-6800<br>sbatey@bateylaw.com | Elisa J. Lintemuth (P74498)<br>Attorney for Defendant<br>Meijer Legal Department<br>2929 Walker Avenue, N.W.<br>Grand Rapids, MI  49544<br>(616) 735-8206<br>Elisa.Lintemuth@Meijer.com |

## **STIPULATED ORDER TO CORRECT DEFENDANT NAME AND AMEND CASE CAPTION**

WHEREAS Plaintiff was previously employed by Meijer Great Lakes Limited Partnership and Plaintiff's Complaint incorrectly names Meijer Group, Inc. as a defendant;

WHEREAS the parties stipulate and agree that the proper Defendant is Meijer Great Lakes Limited Partnership;

IT IS ORDERED that Meijer Great Lakes Limited Partnership is substituted as the Defendant in the above-referenced action, in the place of Meijer Group, Inc.

IT IS FURTHER ORDERED the Clerk shall amend the case caption to remove Meijer Group, Inc. as a defendant, and to add Meijer Great Lakes Limited Partnership as a defendant in its place.

IT IS SO ORDERED.

Date: _____, 2023

_____
United States District Judge

Stipulations:

Date: July 24, 2023                                Respectfully Submitted,

By:   */s/ Scott P. Batey (with consent)*
      Scott P. Batey (P54711)
      Batey Law Firm, PLLC
      Attorney for Plaintiff
      30200 Telegraph Road, Suite 400
      Bingham Farms, Michigan 48025
      (248) 540-6800 – telephone
      (248) 540-6814 - fax
      sbatey@bateylaw.com

By:   */s/ Elisa J. Lintemuth*
      Elisa J. Lintemuth (P74498)
      Meijer Legal Department
      Attorney for Defendant Meijer
      2929 Walker Ave N.W.
      Grand Rapids, MI  49544
      (616) 735 – 8206
      elisa.lintemuth@meijer.com