UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FICKES,

    Plaintiff,

v.

MEIJER GREAT LAKES LIMITED PARTNERSHIP,

    Defendant.

Case No. 1:23-cv-00607

Hon. Robert J. Jonker

| Batey Law Firm, PLLC | Meijer Legal Department |
|---|---|
| SCOTT P. BATEY (P54711) | ELISA J. LINTEMUTH (P74498) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30200 Telegraph Road, Suite 400 | 2929 Walker Avenue, N.W. |
| Bingham Farms, Michigan 48025 | Grand Rapids, MI 49544 |
| (248) 540-6800-telephone | (616) 735-8206- telephone |
| (248) 540-6814-fax | Elisa.Lintemuth@meijer.com |
| sbatey@bateylaw.com | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their counsel, hereby stipulate and agree that the Complaint filed by Plaintiff against Defendant be dismissed with prejudice, with each party responsible for its own costs and attorney fees;

**IT IS ORDERED** that the above-captioned matter is dismissed with prejudice and without costs, interest, or attorney fees to any party.

IT IS SO ORDERED.

Date:   December 21  , 2023

/s/ Robert J. Jonker
United States District Judge

Dated: December 18, 2023

2

Approved as to form and content:

*/s/Scott P. Batey*  
Scott P. Batey (P54711)  
Attorney for Plaintiff

*/s/Elisa J. Lintemuth*  
Elisa J. Lintemuth (P74498)  
Attorney for Defendant